IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 31 1997
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

SCOTT HARRIS,                )
                             )
                             )
                             )
        Plaintiff,            )
                             )
v.                           )    CIVIL ACTION NO.
                             )    SA-96-CA-1091
ALL-TECH INVESTMENT GROUP,   )
INC. and HARVEY HOUTKIN,     )
Individually                 )
                             )
        Defendants           )

ORDER ON DEFENDANTS' MOTION TO QUASH
AND MOTION FOR PROTECTIVE ORDER

On this date came on to be considered Defendant's Motion to Quash and Motion for Protective Order, which were filed on March 21, 1997. Defendants have not shown good cause in accordance with Rule 26(c) of the Federal Rules of Civil Procedure.

IT IS ORDERED that Defendants' Motion to Quash and Motion for Protective Order are DENIED.

SIGNED and ENTERED this 31 day of MARCH, 1997.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT COURT JUDGE

27